Michele Molinario, Bar #020594
Derek R. Graffious, Bar #033486
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7831
mmolinario@jshfirm.com
dgraffious@jshfirm.com

Attorneys for Defendants City of Flagstaff
and Mayor Coral Evans

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Martin McGhee and Gennaro Stephen Napolitano,<br><br>Plaintiffs,<br><br>v.<br><br>The City of Flagstaff; Coral Evans, Sued in her Official Capacity as Mayor of the City of Flagstaff; Doug Ducey, Sued in his Official Capacity as Governor of the State of Arizona,<br><br>Defendants. | NO.<br><br>**DEFENDANTS CITY OF FLAGSTAFF AND MAYOR CORAL EVANS' NOTICE OF REMOVAL** |

Defendants City of Flagstaff and Mayor Coral Evans (collectively "Defendants") were served a copy of Plaintiffs' Second Amended Verified Complaint and hereby notice the removal of the above-captioned case, currently pending in Superior Court for the State of Arizona, in the County of Coconino, Case No. CV2020-00135, to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, and in support thereof assert:

**BACKGROUND**

1. On March 19, 2020, Plaintiffs Joseph McGhee and Gennaro Napolitano (collectively "Plaintiffs"),[1] filed this action in the Superior Court of Coconino

---

[1] On the date of this filing, April 8, 2020, Superior Court Judge Fanny Steinlage granted Plaintiff Napolitano's Motion to Withdraw As Plaintiff filed on April 1, 2020.

County, entitled *Joseph McGhee, et al. v. City of Flagstaff, et al.*, Case No. S-0300-CV2020-00135 (the "Superior Court Action"). A true and accurate copy of the Second Amended Verified Complaint filed in the Superior Court Action is attached hereto as **Exhibit 1.** Plaintiffs seek to challenge City of Flagstaff Mayor Coral Evans' Proclamation of the Mayor Under Declaration of Emergency and Governor Doug Ducey's Executive Orders relating to the spread of COVID-19. To that end, Plaintiffs also filed an "Amended Ex Parte Motion for Temporary Restraining Order Without Notice and Application for Order to Show Cause re: Issuance of a Preliminary Injunction Against Defendants" and a Memorandum in support of the same. True and accurate copies of these filings are attached hereto as **Exhibit 2** and **Exhibit 3**, respectively.

2. On March 26, 2020, Coconino County Superior Court Judge Steinlage denied Plaintiffs' Ex Parte Motion for Temporary Restraining Order Without Notice. Judge Steinlage ordered that Plaintiffs serve Defendants by April 2, 2020 and set the matter for a hearing on April 9, 2020. A true and accurate copy of Judge Steinlage's March 26 Order is attached hereto as **Exhibit 4.**

3. On March 30, 2020, Plaintiffs served a copy of the Summons and Second Amended Verified Complaint on Defendant City of Flagstaff.

4. On March 30, 2020, Plaintiffs served a copy of the Summons and Second Amended Verified Complaint on Defendant Mayor Coral Evans.

5. On March 31, 2020, Plaintiffs served a copy of the Summons and Second Amended Verified Complaint on Defendant Governor Doug Ducey.[2]

6. Undersigned counsel certified that all of the Defendants that have been properly named and served in this matter have consented to the removal of this matter to the United States District Court for the District of Arizona, as required by 28 U.S.C. § 1446(b)(2)(B).

---

True and accurate copies of Plaintiff Napolitano's Motion and the Court's Order are contained within **Exhibit 5** to this Notice of Removal.

[2] Said parties reserve any and all jurisdictional defenses.

**TIMELINESS OF REMOVAL**

7. In accordance with 28 U.S.C. § 1446(b), Defendants file this Notice of Removal within thirty (30) days of service of Plaintiffs' Second Amended Complaint, and within one year of the commencement of the Superior Court Action. This Notice of Removal, therefore, is timely and proper. *See* 28 U.S.C. § 1446(b).

**BASIS OF REMOVAL**

8. The United States Federal District Courts have original jurisdiction over all civil actions arising under the Constitution of the United States, as well as laws and treaties of the United States pursuant to 28 U.S.C. § 1331.

9. This action may be removed pursuant to 28 U.S.C. § 1441(a) because it is based on alleged civil rights violations under 42 U.S.C. § 1983 and the U.S. Constitution. [*See generally* **Exhibit 1**, Plaintiffs' Second Amended Verified Complaint] Specifically, Plaintiffs' Second Amended Verified Complaint asserts alleged violations of the Fifth and Fourteenth Amendments to the U.S. Constitution. [**Ex. 1** at pp. 17-19, 23-24, 26, 30-31]

10. While Plaintiffs allege state-law claims for declaratory relief and injunctive relief, in any action in which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other related claims which stem from the same case or controversy under Article III of the United States Constitution. *See* 28 U.S.C. §§ 1331 and 1367.

11. Venue is proper in this district under 28 U.S.C. § 1441(a) because the District of Arizona embraces Coconino County, Arizona, the place where the Superior Court Action was filed.

12. Copies of all remaining pleadings currently on file with the Coconino County Superior Court are attached as **Exhibit 5.**

Written notice of filing this Notice of Removal will be given to all adverse Parties as required by law, and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court for the State of Arizona, in and for the County of Coconino.

[*See* Notice of Filing Notice of Removal, attached as **Exhibit 6**]

DATED this 8th day of April 2020.

JONES, SKELTON & HOCHULI, P.L.C.


By */s/ Derek R. Graffious*
Michele Molinario
Derek R. Graffious
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendants City of Flagstaff
and Mayor Coral Evans

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have e-mailed and mailed the foregoing document to the following non-CM/ECF participants:

Joseph Martin McGhee
P.O. Box 91
Flagstaff, AZ 86002
spurfy@icloud.com
*Plaintiff, in Pro Per*

Brett W. Johnson
Snell & Wilmer L.L.P
One Arizona Center
Phoenix, Arizona  85004
bwjohnson@swlaw.com
*Attorneys for Defendant Governor Ducey*

 */s/ Cindy Castro*