Michele Molinario, Bar #020594
Derek R. Graffious, Bar #033486
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7831
mmolinario@jshfirm.com
dgraffious@jshfirm.com

Attorneys for Defendants City of Flagstaff
and Mayor Coral Evans

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Martin McGhee and Gennaro Stephen Napolitano,<br><br>Plaintiffs,<br><br>v.<br><br>The City of Flagstaff; Coral Evans, Sued in her Official Capacity as Mayor of the City of Flagstaff; Doug Ducey, Sued in his Official Capacity as Governor of the State of Arizona,<br><br>Defendants. | NO. 3:20-cv-08081-GMS<br><br>**DEFENDANTS CITY OF FLAGSTAFF AND MAYOR CORAL EVANS' DEMAND FOR JURY TRIAL** |

Defendants, City of Flagstaff and Mayor Coral Evans, by and through undersigned counsel, hereby demand a trial by jury as to all triable issues in the above-captioned matter.

DATED this 21st day of April 2020.

JONES, SKELTON & HOCHULI, P.L.C.


By */s/ Derek R. Graffious*
Michele Molinario
Derek R. Graffious
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants City of Flagstaff
and Mayor Coral Evans

8394501.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have e-mailed the foregoing document to the following non-CM/ECF participants:

Joseph Martin McGhee
P.O. Box 91
Flagstaff, AZ 86002
mcghee.v.city.of.flagstaff.et.al@gmail.com
spurfy@icloud.com
*Plaintiff, in Pro Per*

  /s/ Cindy Castro