Joseph Martin McGhee
P.O. Box 91
Flagstaff, AZ 86002
Tel: (928) 600-0954
mcghee.v.city.of.flagstaff.et.al@gmail.com

Plaintiff, *in Pro Per*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Martin McGhee,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>The City of Flagstaff; Coral Evans, Sued in her Official Capacity as Mayor of the City of Flagstaff; Doug Ducey, Sued in his Official Capacity as Governor of the State of Arizona,<br><br>　　　　Defendants. | No. 3:20-cv-08081-GMS<br><br>**PLAINTIFF'S EMERGENCY *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER and MOTION FOR PRELIMINARY INJUNCTION**<br><br>Assigned to the Hon. G. Murray Snow |

Plaintiff, Joseph Martin McGhee, pursuant to Fed.R.Civ.P 65(a) and 65(b)(1), hereby applies to this Court *ex parte* for an Order without notice granting a temporary restraining order against any enforcement of Arizona Executive Orders #2020-18, 2020-09, and moves the Court to grant a preliminary injunction against Governor Ducey enjoining any enforcement of this Executive Order.

This application is based upon Plaintiff's Verified Second Amended Complaint for Damages and Injunctive Relief, the attached Memorandum of Points and Authorities, and the [Proposed] Order filed contemporaneously with this Application.

Plaintiff respectfully requests that the Court enter an Order granting all of the relief as set forth herein.

Dated:  April 27, 2020

1

Plaintiff's *ex parte* Application For Temporary Restraining Order and Motion For Preliminary Injunction
(3:20-cv-08081-GMS)

Respectfully Submitted,

By: <u>*/s/ Joseph M. McGhee*</u>
Plaintiff, *in Pro Per*

2

Plaintiff's *ex parte* Application For Temporary Restraining Order and Motion For Preliminary Injunction
(3:20-cv-08081-GMS)