# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Martin McGhee, | No. CV-20-08081-PCT-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| City of Flagstaff, et al., | |
| Defendants. | |

Pursuant to the Court's Order (Doc. 17), Defendants have filed Notices (Docs. 18-19) indicating that service was made. Accordingly,

**IT IS HEREBY ORDERED** directing Defendants, if they wish to do so, file a response to the Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 15) on or before **noon on May 5, 2020**.

**IT IS FURTHER ORDERED** directing Plaintiff file a reply in support of his Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 15) on or **before noon on May 7, 2020**.

**IT IS FURTHER ORDERED** setting a Telephonic Oral Argument regarding the Temporary Restraining Order for **May 8, 2020 at 9:30 a.m.** Each party will have 20 minutes to present their arguments.

///

///

///

**IT IS FURTHER ORDERED** directing Plaintiff make arrangements with Defendants to set a conference call-in number and disseminate to all parties, including the Court, **no later than noon on May 7, 2020**.

Dated this 30th day of April, 2020.

_____
G. Murray Snow
Chief United States District Judge