| | |
|---|---|
| 1 | Joseph Martin McGhee |
| 2 | P.O. Box 91 |
| | Flagstaff, AZ 86002 |
| 3 | Tel: (928) 600-0954 |
| | mcghee.v.city.of.flagstaff.et.al@gmail.com |
| 4 | Plaintiff, *in Pro Per* |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Martin McGhee,<br><br>Plaintiff,<br><br>vs.<br><br>The City of Flagstaff; Coral Evans, Sued in her Official Capacity as Mayor of the City of Flagstaff; Doug Ducey, Sued in his Official Capacity as Governor of the State of Arizona,<br><br>Defendants. | No. 3:20-cv-08081-GMS<br><br>**PLAINTIFF'S AMENDED EMERGENCY *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER and MOTION FOR PRELIMINARY INJUNCTION**<br><br>Assigned to the Hon. G. Murray Snow |

Plaintiff, Joseph Martin McGhee, pursuant to Fed.R.Civ.P 65(a) and 65(b)(1), hereby applies to this Court *ex parte* for an Order without notice granting a temporary restraining order against any enforcement of Arizona Executive Order #2020-33, and moves the Court to grant a preliminary injunction against Governor Ducey enjoining any enforcement of this Executive Order or the issuance of any subsequent Executive Order that is substantively the same as Executive Order #2020-33.

This application is based upon Plaintiff's Verified Third Amended Complaint for Declaratory and Injunctive Relief including the Memorandum of Law, the Memorandum of Points and Authorities attached herewith, and the [Proposed] Order, filed with this Amended Motion.

1

Plaintiff's Amended E*x Parte* Application For Temporary Restraining Order and Motion For Preliminary Injunction
(3:20-cv-08081-GMS)

Plaintiff respectfully requests that the telephonic hearing presently set for **May 8, 2020 at 9:30 A.M.** not be vacated and instead that this Amended Motion be heard at that time.

As Plaintiff's have not yet filed a Response and this Motion is substantially the same as the previous, no undue burden or prejudice would befall Defendants should the Court grant this Motion.

Dated: April 30, 2020

Respectfully Submitted,

By: /s/ Joseph M. McGhee
Plaintiff, *in Pro Per*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of April 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system. I further certify that some of the participants in the case are not registered CM/ECF users and that I have e-mailed the foregoing document to that user this same day and the document will be mailed the 30th day of April 2020.

>Michele Molinario
>Derek R. Graffious
>JONES, SKELTON & HOCHULI, P.L.C.
>40 North Central Avenue, Suite 2700
>Phoenix, Arizona 85004
>Telephone: (602) 263-1700
>Fax: (602) 200-7831
>mmolinario@jshfirm.com
>dgraffious@jshfirm.com
>
>*Attorneys for Defendants City of Flagstaff*
>*and Mayor Coral Evans*
>
>Brett W. Johnson (#021527)
>Colin P. Ahler (#023879)
>Tracy A. Olson (#034616)
>SNELL & WILMER L.L.P.
>One Arizona Center
>400 E. Van Buren, Suite 1900
>Phoenix, Arizona 85004-2202
>Telephone: 602.382.6000
>Facsimile: 602.382.6070
>bwjohnson@swlaw.com
>cahler@swlaw.com
>
>Anni L. Foster (#023643)
>General Counsel
>Office of Arizona Governor Douglas A. Ducey
>1700 West Washington Street
>Phoenix, Arizona 85007
>Telephone: 602-542-4331
>afoster@az.gov
>
>*Attorneys for Defendant Douglas A. Ducey,*
>*Governor of the State of Arizona*

/s/ *Joseph M. McGhee*

3

Plaintiff's Amended E*x Parte* Application For Temporary Restraining Order and Motion For Preliminary Injunction
(3:20-cv-08081-GMS)