Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Tracy A. Olson (#034616)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
cahler@swlaw.com
tolson@swlaw.com

Anni L. Foster (#023643)
General Counsel
Office of Arizona Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007
Telephone: 602-542-4331
E-Mail: afoster@az.gov

*Attorneys for Defendant Douglas A. Ducey,
Governor of the State of Arizona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Martin McGhee, | No. 20-CV-08081-GMS |
| Plaintiff, | |
| v. | **NOTICE OF ERRATA** |
| City of Flagstaff, et al. | |
| Defendants. | Assigned to: Hon. G. Murray Snow |

Defendant Douglas A. Ducey, Governor of the State of Arizona respectfully submits this Notice of Errata to amend his Proposed Order Granting Motion for Judicial Notice. [Doc. 27-2.] Specifically, Governor Ducey provides this Notice of Errata to correct an inadvertent misstatement found on page 1, left column, lines 11-12 should read "Joseph Martin McGhee" instead of "Joseph Martin McGhee and Gennaro Stephen Napolitano."

| | |
|---|---|
| 1 | Governor Ducey further provides this Notice of Errata to correct an inadvertent misstatement found on page 1, left column, line 13 should read "Plaintiff," instead of "Plaintiffs." |

Governor Ducey further provides this Notice of Errata to correct an inadvertent misstatement found on page 1, left column, line 13 should read "Plaintiff," instead of "Plaintiffs."

Governor Ducey further provides this Notice of Errata to make a minor caption correction found on page 1, left column, lines 15-17 should read "City of Flagstaff, et al." instead of "The City of Flagstaff; Coral Evans, Sued in her Official Capacity as Mayor of the City of Flagstaff; Doug Ducey, Sued in his Official Capacity as Governor of the State of Arizona."

Governor Ducey requests that the Court deem the foregoing as though set forth in the Proposed Order Granting Motion for Judicial Notice. The text of the corrected Proposed Order is also filed with this Notice.

DATED this 5th day of May, 2020.

SNELL & WILMER L.L.P.

By: s/ Brett W. Johnson
Brett W. Johnson
Colin P. Ahler
Tracy A. Olson
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

OFFICE OF ARIZONA GOVERNOR
DOUGLAS A. DUCEY

By: _____
Anni L. Foster
1700 West Washington Street
Phoenix, Arizona 85007

*Attorneys for Defendant Douglas A. Ducey, Governor of the State of Arizona*

**CERTIFICATE OF SERVICE**

I certify that on May 5, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which electronically sends a copy of same on to:

Joseph Martin McGhee
P.O. Box 91
Flagstaff, AZ 86002
mcghee.v.city.of.flagstaff.et.al@gmail.com
spurfy@icloud.com
*Plaintiff, in Pro Per*

Michele Molinario
Derek R. Graffious
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7831
mmolinario@jshfirm.com
dgraffious@jshfirm.com
Attorneys for Defendants City of Flagstaff
and Mayor Coral Evans

 s/ Tracy Hobbs