Michele Molinario, Bar #020594
Derek R. Graffious, Bar #033486
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7831
mmolinario@jshfirm.com
dgraffious@jshfirm.com

Attorneys for Defendants City of Flagstaff
and Mayor Coral Evans

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Martin McGhee and Gennaro Stephen Napolitano,<br><br>Plaintiffs,<br><br>v.<br><br>The City of Flagstaff; Coral Evans, Sued in her Official Capacity as Mayor of the City of Flagstaff; Doug Ducey, Sued in his Official Capacity as Governor of the State of Arizona,<br><br>Defendants. | NO. 3:20-cv-08081-GMS<br><br>**DEFENDANTS CITY OF FLAGSTAFF AND MAYOR CORAL EVANS' JOINDER IN GOVERNOR DUCEY'S RESPONSE TO PLAINTIFF'S EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Defendants, City of Flagstaff and Mayor Coral Evans (collectively "City Defendants"), hereby join in Defendant Governor Ducey's Response to Plaintiff's Emergency Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction. [Doc. 31] Although Plaintiff's Emergency Motion is not directed at City Defendants or their Proclamations, the City Defendant's join in Defendant Governor Ducey's Response due to the intertwinement of factual and legal arguments made that may be applicable to the City Defendants' Proclamations that Plaintiff challenges. *See Resolution Tr. Corp. v. Blasdell*, 154 F.R.D. 675, 683 (D. Ariz. 1993) (acknowledging that a co-defendant has standing to respond to a motion when its position is adverse to the moving party).

///

8433154.1

DATED this 5th day of May 2020.

JONES, SKELTON & HOCHULI, P.L.C.


By */s/ Derek R. Graffious*
Michele Molinario
Derek R. Graffious
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants City of Flagstaff
and Mayor Coral Evans

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

*/s/ Cindy Castro*