1   Joseph Martin McGhee
    P.O. Box 91
2   Flagstaff, AZ 86002
    Tel: (928) 600-0954
3   mcghee.v.city.of.flagstaff.et.al@gmail.com

4   Plaintiff, *in Pro Per*

5

6               **IN THE UNITED STATES DISTRICT COURT**

7                 **FOR THE DISTRICT OF ARIZONA**

8   Joseph Martin McGhee,                    No. 3:20-cv-08081-GMS

9            Plaintiff,                       **PLAINTIFF'S MOTION FOR**
                                              **JUDICIAL NOTICE WITH**
10          vs.                               **SUPPORTING MEMORANDUM**

11  The City of Flagstaff; Coral Evans, Sued in   Assigned to the Hon. G. Murray Snow
    her Official Capacity as Mayor of the City of
12  Flagstaff; Doug Ducey, Sued in his Official
    Capacity as Governor of the State of Arizona,
13
            Defendants.
14

15          Plaintiff Joseph Martin McGhee, pursuant to Fed. R. Evid. 201, respectfully

16  moves the Court to take judicial notice of certain adjudicative facts from government

17  sources and public documents, as set forth below.

18                  **I.    INTRODUCTION**

19          Federal Rules of Evidence set forth two avenues for a court to take judicial

20  notice: "[t]he court may judicially notice a fact that is not subject to reasonable dispute

21  because it: (1) is generally known within the trial court's territorial jurisdiction; or (2)

22  can be accurately and readily determined from sources whose accuracy cannot

23  reasonably be questioned." Fed. R. Evid. 201(b).

24          Official government publications require no extrinsic evidence of authenticity in

25  order to be admitted. See generally Fed.R.Evid. 902 et. seq ("[O]fficial [p]ublications …

26  issued by a public authority" are self-authenticating). Federal, state and municipal

27

28

websites, including those of governmental agencies, are likewise self-authenticating publications. See, e.g., *Williams v. Long*, 585 F. Supp. 2d 679, 688 n. 4 (D. Md. 2008) (holding that Rule 902(5) self-authenticating "other publications" includes information posted on the Internet by a qualifying public authority). Federal courts are permitted to take judicial notice of information contained on state and federal government websites whose accuracy cannot reasonably be questioned. See *United States v. Garcia*, 855 F.3d 615, 621-22 (4th Cir. 2017) (taking notice of excerpts from United States Citizenship and Immigration Services website, including the USCIS Policy Manual explaining the naturalization process)("This court and numerous others routinely take judicial notice of information contained on state and federal government websites."); see also *Ohio Valley Envtl. Coal., Inc. v. Fola Coal Co.*, No. 2:12-3750, 2013 WL 6709957 (S.D. W. Va. Dec. 19, 2013) (taking judicial notice of information found on the website of the West Virginia Secretary of State); *Newton v. Holland*, 2014 WL 318567 (E.D. Ky. Jan. 29, 2014).

## II.   REQUEST FOR JUDICIAL NOTICE

Plaintiff specifically requests the Court to take judicial notice of the following statements of fact contained in publicly-available documents, the existence of certain public documents, and the specific dates of publication of each of these documents, which are from sources whose accuracy cannot reasonably be questioned:

**A.   Public Health Authority Statements On Covid-19 Infection Severity**

1.   On March 3, 2020, the U.S. Centers for Disease Control and Prevention, ("CDC"), published a press release issued by the the CDC, in which was stated: "While information so far suggests that most COVID-19 illness is mild, a report out of China suggests serious illness occurs in 16% of cases." *See* Exhibit A (*CDC Announces Additional COVID-19 Infections*, Centers for Disease Control and Prevention (Mar. 3, 2020), (https://www.cdc.gov/media/releases/2020/s-0303-Additional-COVID-

19-infections.html) (Accessed May 12, 2020)).

2.     On April 17, the CDC published guidance stating that "Most people who get sick with COVID-19 will have only mild illness and should stay at home to recover." *See* Exhibit B (*Guidance for Families Living in Close Quarters*, Centers for Disease Control and Prevention (Apr. 17, 2020) (https://www.cdc.gov/coronavirus/2019-ncov/downloads/living-in-close-quarters.pdf) (Accessed May 12, 2020)

3.     On March 1, 2020, the World Health Organization ("WHO") reported that: "The most commonly reported symptoms included fever, dry cough, and shortness of breath, and most patients (80%) experienced mild illness. Approximately 14% experienced severe disease and 5% were critically ill. Early reports suggest that illness severity is associated with age (>60 years old) and co-morbid disease." *See* Exhibit C (*Coronavirus disease 2019 (COVID-19) Situation Report – 41*, World Health Organization (Mar. 1, 2020) (https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200301-sitrep-41-covid-19.pdf) (Accessed May 12, 2020)).

4.     On April 23, 2020, the World Health Organization ("WHO") reported that: "For most people, COVID-19 infection will cause mild illness however, it can make some people very ill and, in some people, it can be fatal. Older people, and those with pre-existing medical conditions (such as cardiovascular disease, chronic respiratory disease or diabetes) are at risk for severe disease" *See* Exhibit D (*Coronavirus disease 2019 (COVID-19) Situation Report – 94*, World Health Organization (https://www.who.int/docs/default-source/ coronaviruse/situation-reports/20200423-sitrep-94-covid-19.pdf) (Accessed May 12, 2020)).

**B.     Executive Orders Issued By Governor Ducey Related To Covid-19**

5.     On March 19, 2020, Governor Ducey issued Executive Order 2020-09. (*Limiting The Operations Of Certain Businesses To Slow The Spread Of COVID-19*, State of Arizona, Ex. Ord. 2020-09 (March 19, 2020) (https://azgovernor.gov/sites/

default/files/eo_2020-09_3.pdf)  (Accessed May 12, 2020)).

6.     On March 30, 2020, Governor Ducey issued Executive Order 2020-18. (*Stay Home, Stay Healthy, Stay Connected*, State of Arizona, Ex. Ord. 2020-18 (Mar. 30, 2020) (https://azgovernor.gov/sites/default/files/eo_2020-18_stay_home_stay_ healthy_stay_connected_1.0_0.pdf) (Accessed May 12, 2020)).

7.     On April 29, 2020,  Governor Ducey issued Executive Order 2020-33. (*Return Stronger — Amending the Stay Home, Stay Healthy, Stay Connected Order*, State of Arizona, Executive Order 2020-033 (Apr. 29, 2020) (https://azgovernor.gov/ sites/default/files/eo_2020-33.pdf) (Accessed May 12, 2020)).

### III.   CONCLUSION

Because the accuracy and authenticity of these sources cannot reasonably be questioned, the Court should therefore grant this Motion and take judicial notice of the existence of these documents, the specific statements noted by Plaintiff as contained therein, and the specific dates of publication thereof.

Dated:  May 12, 2020

Respectfully Submitted,

 */s/ Joseph M. McGhee*
Joseph Martin McGhee
Plaintiff, *in Pro Per*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of May 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Michele Molinario
Derek R. Graffious
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7831
mmolinario@jshfirm.com
dgraffious@jshfirm.com

*Attorneys for Defendants City of Flagstaff
and Mayor Coral Evans*

Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Tracy A. Olson (#034616)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
bwjohnson@swlaw.com
cahler@swlaw.com

Anni L. Foster (#023643)
General Counsel
Office of Arizona Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007
Telephone: 602-542-4331
afoster@az.gov

*Attorneys for Defendant Douglas A. Ducey,
Governor of the State of Arizona*

/s/ *Joseph M. McGhee*