Joseph Martin McGhee
P.O. Box 91
Flagstaff, AZ 86002
Tel: (928) 600-0954
mcghee.v.city.of.flagstaff.et.al@gmail.com

Plaintiff, *in Pro Per*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Martin McGhee,<br><br>    Plaintiff,<br><br> vs.<br><br>The City of Flagstaff; Coral Evans, Sued in her Official Capacity as Mayor of the City of Flagstaff; Doug Ducey, Sued in his Official Capacity as Governor of the State of Arizona,<br><br>    Defendants. | No. 3:20-cv-08081-GMS<br><br>**NOTICE OF DISMISSAL**<br><br>Assigned to the Hon. G. Murray Snow |

  Plaintiff Joseph Martin McGhee, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses his Third Amended Complaint as to all Defendants.

  Dated: May 18, 2020

              Respectfully Submitted,

              */s/ Joseph M. McGhee*
              Joseph Martin McGhee
              Plaintiff, *in Pro Per*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of May 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

>Michele Molinario
>Derek R. Graffious
>JONES, SKELTON & HOCHULI, P.L.C.
>40 North Central Avenue, Suite 2700
>Phoenix, Arizona 85004
>Telephone: (602) 263-1700
>Fax: (602) 200-7831
>mmolinario@jshfirm.com
>dgraffious@jshfirm.com
>
>*Attorneys for Defendants City of Flagstaff*
>*and Mayor Coral Evans*
>
>Brett W. Johnson (#021527)
>Colin P. Ahler (#023879)
>Tracy A. Olson (#034616)
>SNELL & WILMER L.L.P.
>One Arizona Center
>400 E. Van Buren, Suite 1900
>Phoenix, Arizona 85004-2202
>Telephone: 602.382.6000
>Facsimile: 602.382.6070
>bwjohnson@swlaw.com
>cahler@swlaw.com
>
>Anni L. Foster (#023643)
>General Counsel
>Office of Arizona Governor Douglas A. Ducey
>1700 West Washington Street
>Phoenix, Arizona 85007
>Telephone: 602-542-4331
>afoster@az.gov
>
>*Attorneys for Defendant Douglas A. Ducey,*
>*Governor of the State of Arizona*

/s/ *Joseph M. McGhee*